IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:20-CR-44 (MTT) |
| | ) |
| JOHN WESLEY MITCHEM, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term.  Doc. 47.  The defendant was indicted on October 15, 2020 and had his arraignment in this Court on February 3, 2021.  Docs. 1; 14.  A superseding indictment was entered April 13, 2021, and the defendant filed a Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty on April 21, 2021.  Docs. 34; 37.  Three prior continuances have been granted.  Docs. 38; 42; 45.  The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term so that the defendant can undergo a forensic evaluation.  Doc. 47 at 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 47) is **GRANTED**.  The case is continued from the August term until the Court's next trial term presently scheduled for **September 13, 2021**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 28th day of July, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT